IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO: BVI HC (COM) 2010/107

B E T W E E N:

Trade and Commerce Bank (In Official Liquidation)
(a company incorporated in the Cayman Islands)

**Claimant**

and

Kesten Development Corporation

**Defendant**

---

### AFFIDAVIT OF SERVICE

---

**I, SINEAD FINOLA HARRIS** of Forbes Hare, Palm Grove House, P.O. Box 4649, Road Town, Tortola, VG1110, British Virgin Islands **MAKE OATH** and say as follows:

1. I am employed as an associate lawyer of the law firm Forbes Hare of the above address.

2. The contents of this affidavit are within my personal knowledge and are true or, where not within my personal knowledge, are true to the best of my knowledge, information and belief.

3. On 18 August 2010 at approximately 2:00 pm I attended at the offices of Sucre & Sucre Trust Limited at Chera Chambers, Road Town, Tortola, British Virgin Islands.

4. I served the following documents (hereinafter referred to as the "**Documents**") on the Defendant by leaving them at the address set out at paragraph 3 above:
   a. Claim Form, filed 18 August 2010;
   b. Statement of Claim, filed 18 August 2010;
   c. Notes to the Defendant;

1

      d.  Form of Ackowledgment of Service; and
      e.  Form of Defence.

5.    The Documents were received by Nina Peters of Sucre & Sucre Trust Limited at 2.09 pm.

6.    I asked to have my covering letter signed to evidence service and Ms Peters agreed to do so. The receipted letter of service, signed by Ms Peters, is now produced and shown to me and exhibited hereto as **Exhibit SH-1**.

7.    I understand the service described above to constitute valid service of the Documents on Kesten Development Corporation.

SWORN by the within-named )
Sinead Finola Harris )
This 19th day of August 2010 )          *Sinead Finola Harris*
at Road Town, Tortola, )
British Virgin Islands )

BEFORE ME

_____
A COMMISSIONER TO ADMINISTER OATHS
IN THE BRITISH VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO: BVI HC (COM) 2010/107

B E T W E E N:

    Trade and Commerce Bank (In Official Liquidation)
    (a company incorporated in the Cayman Islands)

                                  **Claimant**

and

    Kesten Development Corporation

                                  **Defendant**

---

## AFFIDAVIT OF SERVICE

---

# Forbes Hare
P.O. Box 4649
Road Town, Tortola
British Virgin Islands
Tel: (284) 494 1890
Fax: (284) 494 1316

Legal Practitioners for the Respondent



IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO: BVI HC (COM) 2010/107

B E T W E E N:

Trade and Commerce Bank (In Official Liquidation)
(a company incorporated in the Cayman Islands)

Claimant

and

Kesten Development Corporation

Defendant

---

**CERTIFICATE OF EXHIBIT SH-1**

---

I CERTIFY that this is the exhibit referred to as "SH-1" at paragraph 6 of the Affidavit of Service, dated 19 August 2010.

DATED this 19th day of August 2010

_____
A COMMISSIONER TO ADMINISTER OATHS

# Forbes Hare

Palm Grove House · P.O. Box 4649
Road Town · Tortola · VG1110
British Virgin Islands

T: +1 284 494 1890 F: +1 284 494 1316
www.forbeshare.com

**Direct**: +1 284 852 1896
**Email**: daniel.waldek@forbeshare.com
**Ref**: 4321-001/WRH/DW/RN

**BY HAND**

Kesten Development Corporation
Care of Sucre & Sucre Trust Limited
Chera Chambers
Main Street
P.O. Box 3163
Road Town
Tortola
British Virgin Islands

*[Stamp:* Served On: Kesten Development Corporation c/o Sucre & Sucre
Served By: Forbes Hare
Date Served: 18/08/10
Time Served: 2:09 pm
Received By: [signature] *]*

18 August 2010

Dear Sirs

**Trade and Commerce Bank (In Official Liquidation) v Kesten Development Corporation**

Please find enclosed by way of service copies of the following documents:

1) Claim Form;
2) Statement of Claim;
3) Notes to Defendant;
4) Form of Acknowledgment of Service; and
5) Form of Defence.

Yours faithfully

*[signature]*

**Forbes Hare**

IN THE BRITISH VIRGIN ISLANDS
IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO: BVI HC (COM) 2010/107

B E T W E E N:

    **Trade and Commerce Bank (In Official Liquidation)**
    **(a company incorporated in the Cayman Islands)**

                                                **Claimant**

                     **and**

    **Kesten Development Corporation**

                                                **Defendant**

---

**CERTIFICATE OF EXHIBIT SH-1**

---

# Forbes Hare

P.O. Box 4649
Road Town, Tortola
British Virgin Islands
Tel: (284) 494 1890
Fax: (284) 494 1316

Legal Practitioners for the Respondent