IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION



CLAIM NO: BVI HC (COM) 2010/107

BETWEEN:

        **Trade and Commerce Bank (In Official Liquidation)**
        **(a company incorporated in the Cayman Islands)**

                              **Claimant**

        and

        **Kesten Development Corporation**

                              **Defendant**

---

### ORDER

---

Before:      The Honourable Justice Edward Bannister QC

Dated:       14 September 2010

Entered:    15 September 2010

UPON hearing William Hare for the Claimant

IT IS HEREBY ORDERED THAT:

1. Judgment be entered for the Claimant, pursuant to Rule 12.4 of the CPR, in default of acknowledgment of service;

2. The Defendant shall pay to the Claimant the sum of US$15,936,369.00; and

3. The Defendant is to pay the Claimant's costs to be assessed.

                                BY THE COURT

                                   Registrar

IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO: BVI HC (COM) 2010/107

Between:

**Trade and Commerce Bank (In Official Liquidation)**
(a company incorporated in the Cayman Islands)

Claimant

and

**Kesten Development Corporation**

Defendant

---
**ORDER**
---

# Forbes Hare
P.O. Box 4649
Road Town, Tortola
British Virgin Islands
Tel: (284) 494 1890
Fax: (284) 494 1316

Legal Practitioners for the Claimant