IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION





CLAIM NO: BVI HC (COM) 2010/107

**BETWEEN:**

Trade and Commerce Bank (In Official Liquidation)
(a company incorporated in the Cayman Islands)

Claimant

and

Kesten Development Corporation

Defendant

## AFFIDAVIT OF SERVICE

**I, SINEAD FINOLA HARRIS** of Forbes Hare, Palm Grove House, P.O. Box 4649, Road Town, Tortola, VG1110, British Virgin Islands **MAKE OATH** and say as follows:

1. I am employed as an associate lawyer of the law firm Forbes Hare of the above address.

2. The contents of this affidavit are within my personal knowledge and are true or, where not within my personal knowledge, are true to the best of my knowledge, information and belief.

3. On 15 September 2010 at approximately 1:00 pm I attended at the offices of Sucre & Sucre Trust Limited at Chera Chambers, Road Town, Tortola, British Virgin Islands.

4. I served the Order for Judgment in Default (the "**Order**") on the Defendant by leaving it at the address set out at paragraph 3 above.

5. The Order was received by Nina Peters of Sucre & Sucre Trust Limited at 1.00 pm.

1

6. I asked to have my covering letter signed to evidence service and Ms Peters agreed to do so. The receipted letter of service, signed by Ms Peters, is now produced and shown to me and exhibited hereto as **Exhibit SH-2**.

7. I understand the service described above to constitute valid service of the Order on Kesten Development Corporation.

SWORN by the within-named )
Sinead Finola Harris )
This 15th day of September 2010 )
at Road Town, Tortola, )
British Virgin Islands )

Sinead Finola Harris

BEFORE ME

A COMMISSIONER TO ADMINISTER OATHS
IN THE BRITISH VIRGIN ISLANDS

IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO: BVI HC (COM) 2010/107

B E T W E E N:
    Trade and Commerce Bank (In Official Liquidation)
    (a company incorporated in the Cayman Islands)
                                      **Claimant**
    and

    Kesten Development Corporation
                                      **Defendant**

---

**AFFIDAVIT OF SERVICE**

---

**Forbes Hare**
P.O. Box 4649
Road Town, Tortola
British Virgin Islands
Tel: (284) 494 1890
Fax: (284) 494 1316

Legal Practitioners for the Claimant

IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO: BVI HC (COM) 2010/107

B E T W E E N:

Trade and Commerce Bank (In Official Liquidation)
(a company incorporated in the Cayman Islands)

                                                                                                  **Claimant**

and

Kesten Development Corporation

                                                                                                  **Defendant**




---

**CERTIFICATE OF EXHIBIT SH-2**

---

I CERTIFY that this is the exhibit referred to as "SH-2" at paragraph 6 of the Affidavit of Service, dated 15 September 2010.

DATED this 15th day of September 2010

_____
A COMMISSIONER TO ADMINISTER OATHS

# Forbes Hare

Palm Grove House · P.O. Box 4649
Road Town · Tortola · VG1110
British Virgin Islands

T: +1 284 494 1890 F: +1 284 494 1316
www.forbeshare.com

Direct: + 1 (284) 852 1902
Email: sinead.harris@forbeshare.com
Ref: 2010-4321-001/WRH/DW/RN/SH

Kesten Development Corporation
Care of Sucre & Sucre Trust Limited
P.O. Box 3163
Chera Chambers, Main Street
Road Town, Tortola
British Virgin Islands

15 September 2010

Dear Sirs

**BVIHC (COM) 2010/107 - Trade and Commerce Bank (In Official Liquidation) v Kesten Development Corporation**

Please find enclosed by way of service a Judgment in Default dated 15 September 2010 in respect of the above matter.

Yours faithfully

*Forbes Hare*

**Forbes Hare**

---

Served On: SUCRE + SUCRE
Served By: SINEAD HARRIS
Date Served: 15/09/2010
Time Served: 1:00 pm
Received By: [signature]

IN THE BRITISH VIRGIN ISLANDS
IN THE EASTERN CARIBBEAN SUPREME COURT
HIGH COURT OF JUSTICE
BRITISH VIRGIN ISLANDS
COMMERCIAL DIVISION

CLAIM NO: BVI HC (COM) 2010/107

B E T W E E N:
    Trade and Commerce Bank (In Official Liquidation)
    (a company incorporated in the Cayman Islands)
                                       Claimant
    and

    Kesten Development Corporation
                                       Defendant

---

## CERTIFICATE OF EXHIBIT SH-2

---

## Forbes Hare
P.O. Box 4649
Road Town, Tortola
British Virgin Islands
Tel: (284) 494 1890
Fax: (284) 494 1316

Legal Practitioners for the Respondent