UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

TRADE AND COMMERCE BANK (IN
LIQUIDATION)

                   Debtor,
-------------------------------------------------------------x
RICHARD FOGERTY, as Joint Official Liquidator of
Trade and Commerce Bank

                   Plaintiff,

      -against-

Kesten Development Corp.

                 Defendant.
-------------------------------------------------------------x

Chapter 15
Case No. 05-60279 (SMB)


Adv. Pro. No. 10-03611 (SMB)

## DECLARATION OF SINEAD FINOLA HARRIS

      I, Sinead Finola Harris, declare that service of the attached document, being a Certificate of Default, was made on October 20, 2010 by personal service by leaving the process with the Defendant, Kesten Development Corp., care of Sucre & Sucre Trust limited, 2nd Floor, Chera Chambers, Main Street Road Town, Tortola, British Virgin Islands.

      Accompanying this Declaration is a true and correct copy of the covering letter that accompanied service of the above document, signed and receipted by an employee of Sucre & Sucre Trust Limited.

      I further declare that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury under the laws of the United States of America, I declare that the foregoing is true and correct.

Dated: October 20, 2010.

Sinead Finola Harris

Business Address:      Forbes Hare
Palm Grove House
PO Box 4649,
Road Town, Tortola,
British Virgin Islands
VG1110

# Forbes Hare

Palm Grove House · P.O. Box 4649
Road Town · Tortola · VG1110
British Virgin Islands

T: +1 284 494 1890 F: +1 284 494 1316
www.forbeshare.com

**Direct:** + 1 (284) 852 1902
**Email:** Sinead.harris@forbeshare.com
**Ref:** 2010-4321-001/WRH/DW/RN/SH

Kesten Development Corporation
Care of Sucre & Sucre Trust Limited
P.O. Box 3163
Chera Chambers, Main Street
Road Town, Tortola
British Virgin Islands

Served On: SUCRE+SUCRE
Served By: S. HARRIS
Date Served: 20/10/10
Time Served: 12.30pm
Received By:

20 October 2010

Dear Sirs

**United States Bankruptcy Court Southern District of New York Bankruptcy Case No. 05-60279 (SMB) Richard Fogerty, As Joint Official Liquidator of Trade and Commerce Bank  v. Kesten Development Corp.**

Please find enclosed, by way of service, a Certificate of Default dated 19 October 2010 in respect of the above matter.

Yours faithfully

**Forbes Hare**

# United States Bankruptcy Court

## Southern District of New York

-----------------------------------------------------X

**In re** :

Trade and Commerce Bank (in Liquidation)        Bankruptcy Case No.
                                    05-60279  (SMB)

                       **Debtor**
-----------------------------------------------------X
Richard Fogerty, As Joint Official
Liquidator of Trade and Commerce Bank
                      **Plaintiff**

                          **v.**                         Adversary Proceeding No.
                                                10-3611 (SMB)

Kesten Development Corp.
                      **Defendant**
-----------------------------------------------------X

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| |
|---|
| **KESTEN DEVELOPMENT CORP.** |

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

                                         Vito Genna
                                 Clerk of the Bankruptcy Court

October 19, 2010                         By: /s/ Anatin Rouzeau
       Date                                 Deputy Clerk