REID COLLINS & TSAI LLP

William T. Reid, IV (WR-5205)
Rachel S. Fleishman (RF-5080)
30 Wall Street
New York, NY 10005
212.344.5200 (telephone)
212.344.5299 (facsimile)

*Attorneys for Richard Fogerty, Joint Official Liquidator of
Trade and Commerce Bank (In Liquidation)*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br>In re:<br><br>TRADE AND COMMERCE BANK<br>(IN LIQUIDATION)<br><br>            Debtor,<br>------------------------------------------------------------x<br>RICHARD FOGERTY, as Joint Official Liquidator<br>of Trade and Commerce Bank,<br><br>            Plaintiff,<br><br>  -against-<br><br>KESTEN DEVELOPMENT CORP.<br><br>            Defendant.<br>------------------------------------------------------------x | Chapter 15<br>Case No. 05-60279 (SMB)<br><br><br>Adv. Pro. No. 10-03611 (SMB)<br><br><br>**AFFIDAVIT REQUESTING<br>DEFAULT JUDGMENT** |

## AFFIDAVIT REQUESTING DEFAULT JUDGMENT

Plaintiff, Richard Fogerty ("**Fogerty**"), as the duly appointed Joint Official Liquidator of Trade and Commerce Bank ("**TCB**"), an entity organized under the laws of the Cayman Islands, by the Grand Court of the Cayman Islands respectfully makes this application pursuant Federal

1

Rule of Civil Procedure 55 and Bankruptcy Rule 7055 for entry of default judgment against defendant, Kesten Development Corp. ("**Kesten**").

## I. INTRODUCTION

On September 16, 2010, Fogerty, as Joint Official Liquidator of Trade and Commerce Bank in Liquidation, brought suit against Kesten pursuant to 11 U.S.C. §§ 1507 and 1509 and the Uniform Foreign Money-Judgments Recognition Act, New York C.P.L.R. §§ 5301-5309 to recognize and enforce a final money judgment obtained against Kesten in the British Virgin Islands.

On September 17, 2010, Fogerty served Kesten through its registered agent in the British Virgin Islands, Sucre & Sucre Trust Limited, the Summons, Notice of Pretrial Conference in an Adversary Proceeding, and a copy of the Complaint.[1] Defendant did not file a responsive pleading or otherwise defend the suit. Service on Kesten was proper under Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4.

On October 19, 2010, Plaintiff filed an Application for Certificate of Default against Kesten in this matter. Upon the issuance by the Clerk of a Certificate of Default, Plaintiff requests that the Clerk enter a default judgment in favor of Plaintiff Fogerty and against Defendant Kesten Development Corporation.

---

[1] A copy of the proof of service is attached as Exhibit A and filed with the Court in this adversary proceeding at Dkt. No. 3.

## II. ARGUMENT

### A. Fogerty is Entitled to an Entry of Default Judgment Pursuant to Bankruptcy Rule of Procedure 7055.

The Clerk of the Court may enter a default judgment when (1) the defendant defaulted for failure to appear, (2) the defendant is not a minor, an incompetent person, a member of the military, the U.S. Government, or federal officer or agency, and (3) the damages are a sum certain or can be made certain by computation.[2]

The Clerk of the Court should enter default judgment against defendant Kesten because the defendant did not file a responsive pleading or otherwise defend suit within 30 days after September 17, 2010, the date of service.[3]

Plaintiff meets the procedural requirements for obtaining a default judgment.

Defendant is not a minor, an incompetent person, a member of the military, the U.S. Government, or federal officer or agency.[4]

Plaintiff's claim is for a sum certain.[5]

## CONCLUSION

For the above-stated reasons, Fogerty asks the Court Clerk to enter a default judgment in favor of plaintiff for the sum of $15,936,369.

---

[2] Bank. R. Civ. P. 7055; Fed. R. Civ. P. 55(b)(1). Local R. 7055-2(a).
[3] Bank. R. Civ. P. 7012(a).
[4] Bank. R. Civ. P. 7055; Fed. R. Civ. P. 55(b)(1).
[5] Bank. R. Civ. P. 7055; Fed. R. Civ. P. 55(b)(1).

Dated: New York, New York
October 20, 2010

                                            Respectfully submitted,

                                            REID COLLINS & TSAI LLP

                                            William T. Reid IV
                                            30 Wall Street
                                            New York, New York 10005
                                            Tel.: (212) 344-5200
                                            Fax: (212) 344-5299
                                            wreid@rctlegal.com
                                            *Attorney for Richard Fogerty, Joint Official*
                                            *Liquidator of Trade and Commerce Bank*
                                            *(In Liquidation)*

SUBSCRIBED AND SWORN TO BEFORE ME on this 20th day of October, 2010, to certify which witness my hand and seal of office.

                                            Notary Public in and for
                                            The State of Texas

[Notary seal: MINA NAPOLES MYERS, NOTARY PUBLIC, State of Texas, Comm. Exp. 06-14-2012]

My commission expires:
6-14-12

TO:    Kesten Development Corp
         Care of Sucre & Sucre Trust Ltd.
         Chera Chambers
         Main Street
         P.O. Box 3163
         Road Town
         Tortola, British Virgin Islands

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2010, I served a true and correct copy of the foregoing **AFFIDAVIT REQUESTING DEFAULT JUDGMENT** by registered mail to the following registered agent for Defendant Kesten Development Corp.:

Sucre & Sucre Trust Ltd.
Chera Chambers
Main Street
P.O. Box 3163
Road Town
Tortola, British Virgin Islands

                                                 */s/ William T Reid IV*
                                                 William T. Reid IV